

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-15-00107-CV

Justin V. **HAYNES**,
Appellant

v.

Alicia Bryan **HAYNES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

## O R D E R

The reporter's record for this appeal was due to be filed on April 2, 2015. On April 28, 2015, this Court issued an order requiring that the reporter's record be filed on or before May 28, 2015. On May 13, 2015 court reporter Luis Duran filed a notice of late record seeking another 45-day extension to July 13, 2015. This Court may not grant an extension of time for more than 30 days. TEX. R. APP. P. 35.3(c). The remaining reporter's record to be filed is not extensive.

It is therefore ORDERED that Luis Duran file the reporter's record in this court no later than June 15, 2015. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court